JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY GASTON, | ) No. CV 10-03511-GAF (VBK) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| ANTHONY HEDGPETH, | ) |
| Respondent. | ) |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: May 28, 2010

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE